graph, as modified by the General Agreement on Tariffs and Trade (T.D. 51802); the items marked "B" at 30 percent under paragraph 915, as modified by T.D. 53865 and T.D. 53877; and the items marked "C" at 25 percent under paragraph 915 of the tariff act. *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), followed.

BEFORE THE FIRST DIVISION, JANUARY 15, 1963

No. 67338.—Mulco Products, Inc. *v.* United States, protests 61/4941 and 61/4942 (Savannah).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67339.—Thalson Company *v.* United States, protests 61/20574 and 61/20621 (San Francisco).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67340.—Falcon Sales Co. and J. J. Murphy & Co. et al. *v.* United States, protests 62/3338, etc. (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67341.—Transamerican Match Corporation *v.* United States, protests 62/14237, etc. (Charleston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 15, 1963

**No. 67342.**—Universal Builders Supply Co., Inc. *v.* United States, protest 58/2097 (Savannah).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

**No. 67343.**—American Pecco Corp. *v.* United States, protest 59/15878 (Savannah).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

**No. 67344.**—Hirschberg Schutz & Co., Inc., et al. *v.* United States, protests 263392–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon ribbons similar in use to ribbons made from fabrics